344 A.2d 473
COMMONWEALTH of Pennsylvania, Appellee,

v.

Wayne E. BROOKS, Appellant.

Supreme Court of Pennsylvania.

Argued Jan. 13, 1975.

Decided Oct. 3, 1975.

Wayne E. Brooks, Huntingdon, for appellant.

Marion E. MacIntyre, Deputy Dist. Atty., Harrisburg, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

ORDER

PER CURIAM.

Order affirmed.